Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

J. Nicholas Marfori, SBN 311765
Nicholas.marfori@ogletree.com
Amber L. Roller, SBN 273354
Amber.roller@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

*Attorneys for Defendant,*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.:　2:21-cv-08554-DMG-JC<br><br>*Assigned to Hon. Dolly M. Gee*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Thuy Thanh Alonzo ("Plaintiff"), and Defendant Fogo de Chao Churrascaria (CA Holdings) LLC ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: March 1, 2022  **WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff*

DATED: March 1, 2022  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Amber L. Roller*
Amber L. Roller
*Attorneys for Defendant, Fogo de Chao Churrascaria (CA Holdings) LLC*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), the filers of this report attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 1, 2022                    By: */s/ Thiago M. Coelho*
                                              Thiago M. Coelho