# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 21-8554-DMG (JCx)<br><br>**ORDER APPROVING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) [23]** |

　　　Upon due consideration, good cause appearing, the Court DISMISSES the above-captioned action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense.

**IT IS SO ORDERED.**

DATED: March 4, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE